**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000555**
**23-JAN-2026**
**07:53 AM**
**Dkt. 27 ODSLJ**

NO. CAAP-25-0000555

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


FRANCIS GRANDINETTI, Plaintiff-Appellant,
v.
KEALAKAI SUMERA-LEE aka "KAI LEE" newer property manager;
MICHAEL BEAZLEY, property owner; In Rem: 332 KAUILA STREET,
APT. 1 HILO HAWAII 96720; ALL OTHERS; EQUITY EMPLOYEES;
COUNTY OF HAWAII OHCD and ERAP EMPLOYEES, SHERIFFS AND POLICE,
COUNTY OF HAWAII; Defendants-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CCV-25-0000237)


ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Leonard, Presiding Judge, McCullen and Guidry, JJ.)

Upon review of the record, it appears that self-represented Petitioner-Appellant Francis **Grandinetti** filed a notice of appeal from Judiciary Information Management System case no. 3CCV-25-0000237. Grandinetti identifies no final judgment or order from which he seeks to appeal.[1] See Hawaiʻi Rules of Appellate Procedure Rule 3(c)(2) ("The notice of appeal shall designate the judgment, order, or part thereof and the court or agency appealed from[.]"). We take judicial notice of the record in case no. 3CCV-25-0000237 under Rule 201, Hawaiʻi Rules of Evidence, Chapter 626, Hawaiʻi Revised Statutes, and

---

[1] On January 13, 2026, the court ordered Grandinetti to show cause why the appeal should not be dismissed for lack of jurisdiction, by no later than January 20, 2026. Grandinetti failed to file a response.

conclude that no appealable judgment or order was entered or announced at the time Grandinetti appealed.

Therefore, IT IS HEREBY ORDERED that this appeal is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, January 23, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge